IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SORIN 3T | : | MDL DOCKET NO. 2816 |
| HEATER-COOLER SYSTEM | : | Civil Action No. 1:18-MD-2816 |
| PRODUCTS LIABILITY | : | |
| LITIGATION (NO. II) | : | Hon. John E. Jones, III |
| | : | |
| | : | THIS DOCUMENT RELATES TO: |
| | : | Whipkey v. LivaNova |
| | : | Holding USA, Inc. |
| | : | No. 1:17-cv-01233-JEJ |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiffs, Richard Whipkey and Elizabeth Whipkey, hereby voluntarily dismiss this action, without prejudice, as to all Defendants. All parties will bear their own costs. Upon confirmation that a final settlement payment has been made, Plaintiffs agree that this action will be dismissed with prejudice as to all Defendants.

Dated: August 1, 2019

| | |
|---|---|
| /s/ Sol H. Weiss | /s/ Jared B. Briant |
| Sol H. Weiss (ID #15925) | Jared B. Briant (CO # 35773) |
| Anapol Weiss | Faegre Baker Daniels LLP |
| One Logan Square | 1144 Fifteenth Street, Suite 3400 |
| 130 N. 18th St., Suite 1600 | Denver, CO 80202-2569 |
| Philadelphia, PA 19103 | Telephone:  303-607-3500 |
| Telephone: 215-735-1130 | Facsimile:   303-607-3600 |
| Facsimile: 215-875-7701 | jared.briant@faegrebd.com |
| sweiss@anapolweiss.com | |

**  Counsel for Plaintiffs**

        Linda S. Svitak (MN # 0178500)
        Delmar R. Ehrich (MN # 0148660)
        Faegre Baker Daniels LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402
        Telephone:  612-766-7000
        Facsimile:   612-766-1600
        linda.svitak@faegrebd.com
        delmar.ehrich@faegrebd.com

        **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Margaret M. Zylstra, hereby certify that on August 1, 2019 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

        *Margaret M. Zylstra*